Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

United States Bankruptcy Court
Central District of California

FLORLIZA CODIENTE NAVARRETE ) Chapter 13
) Case No.: 8:06-bk-11741-RK
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300787** in the sum of **$0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

FLORLIZA CODIENTE NAVARRETE
17821 BECKLEY CIRCLE
VILLA PARK, CA 92861

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0611741 | FLORLIZA CODIENTE NAVARRETE ACCT: | Claim: 00000 | XXX-XX-1655 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

FLORLIZA CODIENTE NAVARRETE

BALANCE:  [0.00 13/00000]
SSN: XXX-XX-1655    SSN:
ACCT:    CASE: 0611741
PRINCIPAL:    0.01    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300787

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.01

**PAY**    Zero And 01/ 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300787⑈ ⑆061100790⑆000000575186 2⑈